**08 CV 01081**

Cardillo & Corbett
Attorneys for Plaintiff
RAETSCLUB MARINE INSURANCE B.V.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
James P. Rau (JR-7209)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RAETSCLUB MARINE INSURANCE B.V.,       :
                                       :
                 Plaintiff,            :    **ECF**
                                       :    <u>**RULE 7.1 STATEMENT**</u>
         -against-                     :
                                       :
BULKSHIP (NIGERIA) LTD. and B.S.       :
MARITIME SERVICE,                      :
                                       :
                 Defendants.           :
------------------------------------x

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, RAETSCLUB MARINE INSURANCE B.V., certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Dated:    New York, New York
          February 1, 2008

　　　　　　　　　　　　　　　　CARDILLO & CORBETT
　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　RAETSCLUB MARINE INSURANCE B.V.

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　James P. Rau (JR 7209)

　　　　　　　　　　　　　　　　29 Broadway
　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　Tel. (212) 344-0464
　　　　　　　　　　　　　　　　Fax  (212) 797-1212