USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

FILED FEB 0 5 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
RAETSCLUB MARINE INSURANCE B.V.,   :
                                   :  ECF
            Plaintiff,             :
                                   :  **AMENDED ORDER**
       -against-                   :  **APPOINTING PERSON**
                                   :  **TO SERVE PROCESS**
BULKSHIP (NIGERIA) LTD. and B.S.   :  08 Civ. 1081(LTS)
MARITIME SERVICE,                  :
                                   :
            Defendants.            :
----------------------------------x

       Upon motion of the Plaintiff for an order appointing James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

       Upon reading the Affidavit of James P. Rau, sworn to February 1, 2008, and good cause having been shown,

       IT IS ORDERED that James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendants herein and upon the garnishees.

Dated: New York, New York
      February 5, 2008

_____
United States District Judge