# CARDILLO & CORBETT

ROBERT V. CORBETT
CHRISTOPHIL B. COSTAS
TULIO R. PRIETO
JAMES P. RAU

29 BROADWAY
NEW YORK, NY 10006
(212) 344-0464

FRANCIS H. McNAMARA
COUNSEL

JOSEPH CARDILLO, JR.
(1913-1980)

FAX: (212) 797-1212/509-0961
E-MAIL: CC@CARDILLOCORBETT.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 8 2008

May 7, 2008

**BY FAX (212-805-0426)**

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re: Case No. 08 Civ. 1081 (LTS)
    Raetsclub Marine Insurance B.V.
    v. Bulkship (Nigeria) Ltd. et al
    Our File No.: E-564

Dear Judge Swain:

We are the attorneys for the plaintiff in the captioned action. We respectfully request an adjournment of the initial pretrial conference scheduled for May 9, 2008 at 2:15 p.m. as plaintiff has not yet attached sufficient funds of the defendants to secure its claim in this maritime action. The defendants have not appeared herein.

The complaint in this matter asserts a maritime claim for failure to pay marine insurance premiums. In its complaint, the plaintiff sought and the Court granted an Order of Maritime Attachment dated February 1, 2008. Pursuant to that Order, the plaintiff has made continuous service of Process of Maritime Attachment on the various garnishee banks named in the Order. Thus far, the plaintiff has only attached $2,405.00 in funds belonging to defendants. However, as plaintiff's claim is some $93,190.20 it wants to continue service of the Process of Maritime Attachment with the expectation that funds will ultimately be restrained pursuant thereto.

The plaintiff has reserved the right to commence litigation in England against defendants pursuant to the terms of the marine insurance policies.

Honorable Laura Taylor Swain   -2-                May 7, 2008
United States District Judge

       In view of the circumstances, we respectfully request an adjournment of the above conference to allow plaintiff to continue serving the Process of Maritime Attachment.

                                Respectfully yours,

                                CARDILLO & CORBETT

                         By: _____
                                James P. Rau

JPR/eos

*The conference is adjourned to July 10, 2008, at 4:00 PM.*

                                SO ORDERED.

                         _____ 5/7/08
                         LAURA TAYLOR SWAIN
                         UNITED STATES DISTRICT JUDGE