# CARDILLO & CORBETT

ROBERT V. CORBETT
CHRISTOPHIL B. COSTAS
TULIO R. PRIETO
JAMES P. RAU

29 BROADWAY
NEW YORK, NY 10006
(212) 344-0464

FRANCIS H. MCNAMARA
COUNSEL

JOSEPH CARDILLO, JR.
(1913-1980)

FAX: (212) 797-1212/509-0961
E-MAIL: CC@CARDILLOCORBETT.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 8 2008

July 7, 2008

**BY FAX (212-805-0426)**

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 725
New York, New York 10007

## MEMO ENDORSED

Re: Case No. 08 Civ. 1081 (LTS)
Raetsclub Marine Insurance B.V.
v. Bulkship Nigeria, Ltd., et al
Our File No.: E-564

Dear Judge Swain:

We are the attorneys for the plaintiff in the captioned action. We respectfully request an adjournment of the pretrial conference scheduled for July 10, 2008 at 4:00 p.m. as plaintiff has not yet attached sufficient funds of the defendants to secure its claim in this maritime action. The defendants have not appeared herein.

The complaint in this matter asserts a maritime claim for failure to pay marine insurance premiums. In its complaint, the plaintiff sought and the Court granted an Order of Maritime Attachment dated February 1, 2008. Pursuant to that Order, the plaintiff has made continuous service of Process of Maritime Attachment on the various garnishee banks named in the Order. Thus far, the plaintiff has only attached $2405.00 in funds belonging to defendants. However, as plaintiff's claim is some $93,190.20 it wants to continue service of the Process of Maritime Attachment with the expectation that funds will ultimately be restrained pursuant thereto.

The plaintiff has reserved the right to commence litigation in England against defendants pursuant to the terms of the marine insurance policies.

Honorable Laura Taylor Swain   -2-                July 7, 2008
United States District Judge

      In view of the circumstances, we respectfully request an adjournment of the above conference to allow plaintiff to continue serving the Process of Maritime Attachment.

                              Respectfully yours,

                              CARDILLO & CORBETT

                   By: _____
                              James P. Rau

JPR/jas

*The conference is adjourned to September 5, 2008, at 10:30AM.*

                              SO ORDERED.

                          _____ 7/8/08
                          LAURA TAYLOR SWAIN
                          UNITED STATES DISTRICT JUDGE